Decided October 4, 1994

STATE OF CONNECTICUT *v.* TROY JAYNES

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 541 (AC 13074), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Elizabeth M. Inkster,* assistant public defender, in support of the petititon.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided October 4, 1994